01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                      AT SEATTLE

08   UNITED STATES OF AMERICA,              )
                                            )   CASE NO. MJ 12-542
09              Plaintiff,                   )
                                            )
10        v.                                )
                                            )   DETENTION ORDER
11   JUMANNE MOORE,                          )
                                            )
12              Defendant.                   )
     _____       )

13

14   Offense charged:        Felon in Possession of a Firearm

15   Date of Detention Hearing:    October 19, 2012.

16        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18   that no condition or combination of conditions which defendant can meet will reasonably

19   assure the appearance of defendant as required and the safety of other persons and the

20   community.

21           FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22        1.      Defendant has a lengthy criminal history which includes state firearms charges

DETENTION ORDER
PAGE -1

01  and VUCSA charges.  He is currently under supervision of the state Department of

02  Corrections.  His Community Corrections Officer reports that she has requested two bench

03  warrants in the last six months due to failing to report and using illegal drugs.  She reports

04  defendant tested positive for marijuana in June, although the defendant indicated to Pretrial that

05  he has never used marijuana.   There are also questions raised about verification of defendant's

06  reported residence.

07         2.       Defendant poses a risk of danger due to substance abuse issues and possible

08  discrepant information regarding substance abuse history, conflicting information about

09  residence, a history of failing to comply with supervision.  He is viewed as a risk of danger

10  based on the nature of the charges, possible substance abuse issues, his criminal record, and

11  possible gang ties.

12         3.       There does not appear to be any condition or combination of conditions that will

13  reasonably assure the defendant's appearance at future Court hearings while addressing the

14  danger to other persons or the community.

15  It is therefore ORDERED:

16  1. Defendant shall be detained pending trial and committed to the custody of the Attorney

17     General for confinement in a correction facility separate, to the extent practicable, from

18     persons awaiting or serving sentences or being held in custody pending appeal;

19  2. Defendant shall be afforded reasonable opportunity for private consultation with

20     counsel;

21  3. On order of the United States or on request of an attorney for the Government, the

22     person in charge of the corrections facility in which defendant is confined shall deliver

DETENTION ORDER
PAGE -2

01      the defendant to a United States Marshal for the purpose of an appearance in connection

02      with a court proceeding; and

03   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

04      for the defendant, to the United States Marshal, and to the United State Pretrial Services

05      Officer.

06      DATED this <u>19th</u> day of October, 2012.

07

08

09      Mary Alice Theiler
        United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3